ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) CO Case # 17-mj-01200-MJW |
| Kathleen Head | ) Case No.   CR. 5:16-50107-01 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kathleen Head ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Violating the terms and conditions of furlough

Date: December 23, 2016

*Issuing officer's signature*

City and state:   Rapid City, SD

Shaunna Tellinghuisen, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
DEC 23 2016

| | |
|---|---|
| UNITED STATES OF AMERICA, | CO Case # 17-mj-01200-MJW |
| | 16-CR-50107 |
| Plaintiff, | |
| vs. | EX PARTE ORDER |
| KATHLEEN HEAD, | |
| Defendant. | |

Upon the Ex Parte Motion of the United States and good cause shown, it is hereby

ORDERED, that a warrant for the arrest of KATHLEEN HEAD be issued forthwith.

Dated this 23rd day of December, 2016.

BY THE COURT:

_____
DANETA WOLLMANN
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CO case # 17-mj-01200-MJW |
| | 16-CR-50107 |
| Plaintiff, | |
| vs. | EX PARTE MOTION |
| | TO REVOKE FURLOUGH AND |
| KATHLEEN HEAD, | WARRANT REQUEST |
| Defendant. | |

Comes now the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully prays this Honorable Court enter an Ex Parte Order revoking Defendant's furlough and issuing a warrant for Defendant's arrest and as grounds therefore states as follows:

Defendant was released on a furlough on November 22, 2016, by U.S. Magistrate Judge Daneta Wollmann.  Doc. 32.  Among the conditions of Defendant's furlough was that she "shall immediately return to Pennington County Jail upon discharge from the Keystone Treatment Center."  Doc. 32 at 2. On December 22, 2016, the Defendant was being transported back to Rapid City from the Keystone Treatment Center.  She fled during the transport and her location is currently unknown.  The United States Marshals Service was informed of her flight by the individual transporting the Defendant.

WHEREFORE, the United States prays this Honorable Court issue a warrant for defendant's arrest and its Ex Parte order revoking the furlough.

Respectfully submitted this 23rd day of December, 2016.

        RANDOLPH J. SEILER
        UNITED STATES ATTORNEY

        */s/ Kathryn N. Rich*

        _____
        KATHRYN N. RICH
        Assistant U.S. Attorney
        515 Ninth Street, Suite 201
        Rapid City, SD  57701
        Telephone:  (605) 342-7822
        Facsimile:  (605) 342-1108
        E-Mail:  Kathryn.rich@usdoj.gov